IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JUAN RANGEL,<br><br>                    Defendant. | CASE NO. 1:08-cr-00175 LJO<br><br>**ORDER TO CONTINUE SENTENCING**<br><br>Date:  January 14, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

### **ORDER**

IT IS HEREBY ORDERED THAT sentencing be continued to January 14, 2011 at 8:30 a.m.


Dated: November  23, 2010                                         /s/ Lawrence J. O'Neill_____
                                                                                   LAWRENCE J. O'NEILL
                                                                                   U.S. District Judge